| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | MATTHEW L. McCARTHY (CABN 217871)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: Matthew.McCarthy@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0265-MMC |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL; ORDER |
| MICHAEL HARRIS, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 6-1-09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 09-0265-MMC)

1  Leave is granted to the government to dismiss the indictment. It is further ordered that the
2  arrest warrant issued in connection with the indictment is quashed.
3
4  Date: June 2, 2009
5  Maxine M. Chesney
   United States District Judge